IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FARM CREDIT OF NORTHWEST FLORIDA, ACA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:10-cv-352-MEF |
| WINDHAM TODD PITTMAN, | ) ) | (WO) |
| Defendant. | ) ) | |

**<u>FINAL JUDGMENT</u>**

This action came before the Court for determination on an unopposed motion for summary judgment filed by the plaintiff. The issues raised in that motion have been heard and a decision has been rendered. For the reasons set forth in this Court's Memorandum Opinion and Order on that motion, the Court found that judgment is due to be entered in favor of the plaintiff. Accordingly it is hereby ORDERED, ADJUDGED, and DECREED that:

(1) Judgment be and is hereby entered in favor of the plaintiff, Farm Credit of Northwest Florida, ACA, and against the defendant, Windham Todd Pittman, in the amount of seven hundred forty-one thousand one hundred thirteen dollars and eighty-one cents ($741,113.81), which sum is comprised of seven hundred twenty-eight thousand two hundred seventy-six dollars and nine cents ($728,276.09), plus interest thereon at the rate of one hundred eighty-eight dollars and seventy-nine cents per day ($188.79 per day) from June 23,

2010.

(2) Furthermore, judgment is also entered in favor of the plaintiff and against the defendant for attorneys' fees and expenses in the amount of thirty thousand seven hundred sixteen dollars and six cents ($30,716.06), which sum is comprised of nine thousand six hundred twenty-one dollars and fifty cents ($9,621.50) in attorneys' fees and four hundred eighty dollars ($480.00) in other recoverable expenses for the work performed by Gardner, Bist, Wiener, Wadsworth & Bowden, P.A. and nineteen thousand four hundred twenty-two dollars ($19,422.00) in attorneys' fees and one thousand one hundred ninety-two dollars and fifty-six cents ($1,192.56) in other recoverable expenses for the work performed by Walston Wells & Birchall, LLP and Stone Sumblin Law LLC.

(3) Costs are TAXED in for of the plaintiff and against the defendant for which execution may issue.

(4) The Clerk of Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 30th day of August, 2010.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE